**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Case number (if known): _____   Chapter   **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **111 Busse Partners, LLC** | |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **47-1761436** | |
| 4. | Debtor's address | **Principal place of business**<br><br>**5629 W Cermak Rd**<br>**Cicero, IL 60804-2220**<br>Number, Street, City, State & ZIP Code<br><br>**Cook**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>**111 E Busse Ave Mount Prospect, IL 60056-3250**<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ | |

Debtor  __111 Busse Partners, LLC_____   Case number (*if known*)_____
            Name

7. **Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☒ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | | Relationship | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number, if known | _____ |

Debtor  **111 Busse Partners, LLC**                                       Case number (*if known*) _____
      Name

**11. Why is the case filed in this district?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard?  _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other  _____

**Where is the property?**  _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency  _____
        Contact name  _____
        Phone  _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☒ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☒ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor **111 Busse Partners, LLC**
Name

Case number (*if known*) _____

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **January 3, 2018**
MM / DD / YYYY

X **/s/ Gus F. Dahleh**                                    **Gus F. Dahleh**
Signature of authorized representative of debtor          Printed name

Title **Manager**

---

**18. Signature of attorney**

X **/s/ Karen Jackson Porter**                             Date **January 3, 2018**
Signature of attorney for debtor                           MM / DD / YYYY

**Karen Jackson Porter**
Printed name

**Porter Law Network**
Firm name

**230 West Monroe St. Suite 240**
**Chicago, IL 60606**
Number, Street, City, State & ZIP Code

Contact phone _____   Email address **porterlawnetwork@gmail.com**

**6188626**
Bar number and State

```
Chuhak & Tecson PC
30 S Wacker Dr Ste 2600
Chicago, IL  60606-7512


Honigman Miller Schwartz and Cohn LLP
155 N Wacker Dr Ste 3100
Chicago, IL  60606-1787


Intelligent Systems Services
371 Balm Ct
Wood Dale, IL  60191-1253


RYCO Landscaping
8595 Pyott Rd Ste C
Lake in the Hills, IL  60156-9701


Suburban Elevator Company
130 Prairie Lake Rd Ste D
East Dundee, IL  60118-9130
```

FORM 7007.1-1 (10/07)

**United States Bankruptcy Court**
**Northern District of Illinois, Eastern Division**

| | | |
|---|---|---|
| IN RE: | Case No. | |
| **111 Busse Partners, LLC** | Chapter | **11** |
| Debtor(s) | | |

### CORPORATE OWNERSHIP STATEMENT

Pursuant to Bankruptcy Rules 1007(a) and Bankruptcy Rule 7007.1, and Local Rules 1007-1, 2003-2, 7007.1-1 and 9014-1(B),

_____111 Busse Partners, LLC_____, a
[Name of Corporate Party]

(check one):

[ x ]  Corporate Debtor

[   ]  Party to an adversary proceeding

[   ]  Party to a contested matter

[   ]  Member of committee of creditors

makes the following disclosure(s):

**All** corporations, other than a governmental unit, that directly **or indirectly** own ten percent (10%) or more of any class of the corporation's equity interests are listed below:

_____
_____
_____
_____

**OR**

[ x ]   There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Dated this **3rd** day of **January, 2018**.

*/s/ Karen Jackson Porter*
Attorney Name, OBA #**6188626**
[Address/Telephone/Fax/Email]
**Karen Jackson Porter**
**230 West Monroe St. Suite 240**
**Chicago, IL 60606**
Phone:  Fax:
porterlawnetwork@gmail.com
Attorney for **111 Busse Partners, LLC**

**United States Bankruptcy Court**
**Northern District of Illinois, Eastern Division**

IN RE:                                                         Case No. _____

111 Busse Partners, LLC                            Chapter **11**
Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| **Gus F. Dahleh**<br>**5629 W Cermak Rd**<br>**Cicero, IL  60804-2220** | **100** | **Member and Manager** |

© 2018 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re   **111 Busse Partners, LLC**  
Debtor(s)

Case No. _____  
Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ 4,717.00 |
   | Prior to the filing of this statement I have received | $ 3,717.00 |
   | Balance Due | $ 1,000.00 |

2. The source of the compensation paid to me was:

   ☐ Debtor   ☒ Other (specify):   **Gus F. Dahleh, Manager**

3. The source of compensation to be paid to me is:

   ☒ Debtor   ☐ Other (specify):

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **The filing fee has been paid. The final compensation is the amount awarded by the court after a hearing is held on applications for compensation presented to the court**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **January 3, 2018** | **/s/ Karen Jackson Porter** |
| *Date* | **Karen Jackson Porter** |
| | *Signature of Attorney* |
| | **Porter Law Network** |
| | |
| | **230 West Monroe St. Suite 240** |
| | **Chicago, IL 60606** |
| | |
| | **porterlawnetwork@gmail.com** |
| | *Name of law firm* |



### 230 WEST MONROE, SUITE 240
### CHICAGO, IL 60606
### 312- 372-4400

## AGREEMENT TO PROVIDE LEGAL SERVICES

January 3, 2018

Mr. Gus F. Dahleh
Manager
111 Busse Partners, LLC
5629 W. Cermak Road
Cicero Il, 60804

    Re:  Chapter 11 Case:

    On behalf of our firm I want to thank you, as the manager of 111 Busse Partners LLC (" 111 Busse Partners"), for selecting us to represent it in connection with a Chapter 11 case.

    Lawyers are required, under the Rules of Professional Conduct, before beginning the representation of a client to communicate to the client the scope of the representation, the basis for the legal fees and the rates that will charged to the client.

## SCOPE OF LEGAL SERVICES

    We agree to perform legal services in connection with a Chapter 11 bankruptcy case for 111 Busse Partners.   111 Busse Partners owns the real property located at  111 East Busse Avenue, Mount Prospect, Illinois (the "Property").  The Property is the subject of a foreclosure suit filed by the first mortgage lender, Lakeside Bank.  The foreclosure suit is pending as case no 2017 CH 11150 in the Circuit Court of Cook County.  You have determined that it is in the best interest of 111 Busse Partners to file a chapter 11 case to prevent the loss of the Property to foreclosure by the first mortgage lender and to provide you with an opportunity to sell the Property or to restructure the debt.

    The Porter Law Network has agreed to represent 111 Busse Partners and to perform the legal services that are necessary to file the Chapter 11 case; restructure the debt of 111 Busse Partners and complete the Chapter 11 case by (i) confirming a plan of reorganization, (ii) converting the Chapter 11 case to a Chapter 7 case or (iii) dismissing the Chapter 11 case.

Page 1 of 5

This agreement is limited to the Chapter 11 bankruptcy proceedings of 111 Busse Partners. The execution of this agreement does not obligate us to represent any individual or entity other than 111 Busse Partners in connection with any matter other than this Chapter 11 proceeding or to represent 111 Busse Partners in the event the Chapter 11 proceeding is converted to a Chapter 7 liquidation.

We have advised you that we cannot represent the principals, managers or members of 111 Busse Partners or any individual that has guaranteed, or is liable for, the debts of 111 Busse Partners. Only 111 Busse Partners will be protected by the automatic stay imposed against creditor collection action by the filing of the chapter 11 case. No other individual or entity will be protected by the automatic stay. Any other individual or entity will be required to hire a separate attorney to provide representation for their interests, including in any lawsuits or other collection actions by the creditors of 111 Busse Partners against them.

## ATTORNEY'S FEES AND COSTS

We will charge 111 Busse Partners the following hourly rates for the legal services provided by the attorneys and staff that will be performing the legal services: $450.00 per hour for the services of Karen J. Porter $350.00 to $200.00 per hour for associated attorneys and $175.00 for the services of our legal assistants.

We will charge 111 Busse Partners for the expenses that are required for a Chapter 11 case. Such expenses will include, but are not limited to: (1) court filing fees; (2) the actual cost of photocopies; (3) messenger deliveries; (4) actual cost of postage for notices to creditors; (5) actual cost of court reporters and transcripts; and (6) computerized case docketing and legal research. We reserve the right to charge 111 Busse Partners for any other reasonable and necessary expense that we incur in connection with the 111 Busse Partners Chapter 11 case.

We have requested that that you pay the filing fee in the amount of $1717.00 and a retainer in the amount of $3,000.00. The retainer that we are requesting is not an indication of the total legal fee for this chapter 11 case. 111 Busse Partners agrees to pay for all the legal fees and expenses we incur to represent 111 Busse Partners in connection with this Chapter 11 case.

We consider the retainer an advance payment retainer under Illinois because we are committing to provide legal services for the duration of the Chapter 11 case rather than on a month to month basis. We will deposit the retainer into our operating account. The retainer becomes our property when we receive the retainer. You have the right to request that the retainer be treated as a security retainer and placed into our client trust account. We reserve the right to change the terms of our representation if you request a security retainer.

We will bill 111 Busse Partners periodically for the legal services we perform and the expenses we incur at the hourly rates listed above. We will present applications for compensation to the court and the court will have the right to review and approve our legal fees and expenses. If the total cost of the legal services we perform and the expenses we incur are more than the retainer that we have been paid, 111 Busse Partners will be obligated to pay the balance due.

Page 2 of 5

## ATTORNEYS RESPONSIBILITIES

Karen J. Porter and the Porter Law Network will perform the following legal services in connection with the 111 Busse Partners Chapter 11 case:

(a) To give 111 Busse Partners legal advice with respect to its powers and duties as a debtor-in-possession in the continued management of its assets;

(b) To prepare such applications, motions, complaints, orders, reports, pleadings, plans, disclosure statements or other papers on 111 Busse Partners's behalf that may be necessary in connection with this case;

(c) To attend meetings of creditors and meetings with third parties;

(d) To assist 111 Busse Partners with its business operations:

(e) To assist 111 Busse Partners in preparing and obtaining the court's approval of a plan of reorganization and disclosure statement in order to preserve the value of its assets;

(f) To take such action as may be necessary with respect to claims that may be asserted against 111 Busse Partners and

(g) To perform any other legal services for 111 Busse Partners which may be required in connection with this case.

## CLIENT RESPONSIBILITIES

You agree to fully cooperate with us with respect to the Chapter 11 case. You agree to provide us with complete and accurate information concerning the financial affairs of 111 Busse Partners. You agree to provide us with a complete and accurate list of all creditors, personal property, income and all the other information required by the United States Bankruptcy Court and any trustee responsible for your case.

While 111 Busse Partners is operating in a Chapter 11 proceeding, there will be many obligations to the office of the United States Trustee and creditors which must be fulfilled. You will have the responsibility to file monthly financial operating reports disclosing the postpetition business operations, pay quarterly fees to the trustee, pay postpetition taxes, and maintain adequate insurance coverage.

We have explained to you that the financial restructuring of 111 Busse Partners using chapter 11 of the Bankruptcy Code will be a difficult legal proceeding. 111 Busse Partners will be required to operate its business after the case is filed without running deficits.    111 Busse Partners will be required to

demonstrate that it can operate at a profit and develop a plan to repay its creditors over time. 111 Busse Partners will also be required to maintain a budget and make monthly payments to its secured creditors. The revenues and receivables generated by 111 Busse Partners constitute the secured creditors cash collateral. The court and/or the creditors must authorize 111 Busse Partners's use of the cash collateral. The unauthorized use of the cash collateral is a reason for the Chapter 11 case to be dismissed by the court or converted to a liquidation.

We will make every effort to guide 111 Busse Partners through the Chapter 11 case. However, we are unable to guarantee you that 111 Busse Partners will be able to develop a viable reorganization plan to restructure its debt, or confirm a reorganization plan. For these reasons, we cannot guarantee that the Chapter 11 reorganization for 111 Busse Partners will be a successful one. We must also advise you that in the event 111 Busse Partners cannot develop a viable reorganization plan to repay its creditors, 111 Busse Partners will be faced with a dismissal of the Chapter 11 case or the conversion to a Chapter 7 liquidation.

## TERMINATION OF AGREEMENT

You understand that we will not be able to provide adequate legal representation if you fail to provide us with complete and accurate information for 111 Busse Partners; fail to fully cooperate with us; or fail to fulfill your obligations. You further understand that your failure to provide information, to cooperate with us or to fulfill your duties during the Chapter 11 case may increase the cost of the legal services we render, may result in the Chapter 11 case being dismissed by the court or converted to a Chapter 7 liquidation.

We reserve the right to withdraw as the attorney of record for 111 Busse Partners and to terminate this agreement (1) if our legal fees and expenses are not paid as set forth in this agreement, (2) if you fail to cooperate with us during the Chapter 11 proceeding,(3) if you fail to comply with any requirement of the United States Trustee (4) if you fail to obey an order of the Bankruptcy Court (5) if the case is converted to a Chapter 7 or (6) if you fail to comply with any other terms of this agreement.

Either party may terminate this agreement with or without cause and at any time upon giving written notice to the other party. However, since our representation of 111 Busse Partners is approved by the court, the termination of our representation of 111 Busse Partners must also be approved by the court. The termination of this agreement will not affect the obligation to pay any outstanding legal fees. We agree that if this agreement is terminated we will provide copies of documents in our files to you provided you have paid any outstanding legal fees and expenses, including copy charges for copying the files.

## ENTIRE AGREEMENT

    This agreement contains our full and complete understanding with respect to the subject matter hereof. This agreement supersedes all prior representations and understandings whether written or oral. This agreement shall be governed by the laws of the State of Illinois in all respects. This agreement may be executed by facsimile, electronically, and in counterparts.

Very truly yours,

**PORTER LAW NETWORK**

By: _____
    Karen J. Porter

**111 BUSSE PARTNERS ENTERPRISES, LLC**

By: _____
    Gus F. Dahleh  its Manager

Page **5** of 5