Form ntcdsm

**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

Case No.: 18−00152
Chapter: 11
Judge: Carol A. Doyle

In Re:
    111 Busse Partners, LLC
    5629 W. Cermak Road
    Cicero, IL 60804−2220

Social Security / Individual Taxpayer ID No.:

Employer Tax ID / Other nos.:
    47−1761436

## NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered on February 28, 2018

FOR THE COURT

Dated: February 28, 2018                Jeffrey P. Allsteadt , Clerk
                                        United States Bankruptcy Court

```
                           United States Bankruptcy Court
                           Northern District of Illinois
In re:                                                       Case No. 18-00152-CAD
111 Busse Partners, LLC                                      Chapter 11
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1          User: cward1              Page 1 of 2              Date Rcvd: Feb 28, 2018
                              Form ID: ntcdsm          Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 02, 2018.
db             111 Busse Partners, LLC,    5629 W. Cermak Road,    Cicero, IL 60804-2220
26340287      +BC29, LLC,    c/o Scott B. Kitei,    Honigman Miller Schwartz and Cohn LLP,
                660 Woodward Ave., Ste. 2290,    Detroit, MI 48226-3583
26393837       Balridge,    111 E Busse Ave,    Mount Prospect, IL 60056-3250
26393838       Chicago Psychological,    111 E Busse Ave,    Mount Prospect, IL 60056-3250
26335100       Chuhak & Tecson PC,    30 S Wacker Dr Ste 2600,    Chicago, IL 60606-7512
26393840       ECM Service,    2429 S Ridgeway Ave,    Chicago, IL 60623-3806
26393841       Fox Valley Fire Safety,    Michael D. Weiss,    PO Box 1166,    Northbrook, IL 60065-1166
26393842       Good Health,    111 E Busse Ave,    Mount Prospect, IL 60056-3250
26343426       Gus F Dahleh,    5629 W Cermak Rd,    Cicero, IL 60804-2220
26335101      +Honigman Miller Schwartz and Cohn LLP,    155 N Wacker Dr Ste 3100,    Chicago, IL 60606-1734
26335102       Intelligent Systems Services,    371 Balm Ct,    Wood Dale, IL 60191-1253
26358332      +Internal Revenue Service,    Mail Stop 5014CHI,    230 S. Dearborn Street,    Room 2600,
                Chicago, IL 60604-1705
26393835       Lakeside Bank,    1350 S Michigan Ave,    Chicago, IL 60605-2602
26393843       Lumeri,    111 E Busse Ave,    Mount Prospect, IL 60056-3250
26335103       RYCO Landscaping,    8595 Pyott Rd Ste C,    Lake in the Hills, IL 60156-9701
26393844      +Resource Insurance Advisors,    111 E Busse Ave,    Mount Prospect, IL 60056-3248
26393845       Sedgwick,    111 E Busse Ave,    Mount Prospect, IL 60056-3250
26393836       Service Master,    4222 Warren Ave,    Hillside, IL 60162-1727
26335104       Suburban Elevator Company,    130 Prairie Lake Rd Ste D,    East Dundee, IL 60118-9130
26393846       Sullwood,    600 N Albany Ave Ste 1R,    Chicago, IL 60612-1004
26393847      +Vazzano Ltd,    111 E Busse Ave,    Mount Prospect, IL 60056-3248
26393848       Verros, Lafakis & Berkshire,    33 N LaSalle St Ste 403,    Chicago, IL 60602-3409

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
26393839      +E-mail/Text: comedbankruptcygroup@exeloncorp.com Mar 01 2018 02:00:45     ComEd,
                3 Lincoln Ctr,   Oakbrook Terrace, IL 60181-4204
26422522      +E-mail/Text: comedbankruptcygroup@exeloncorp.com Mar 01 2018 02:00:45
                Commonwealth Edison Company,    Bankruptcy Department,   1919 Swift Drive,
                Oakbrook, IL 60523-1502
26424424      +E-mail/Text: comedbankruptcygroup@exeloncorp.com Mar 01 2018 02:00:45
                Commonwealth Edison Company,    c/o Attorney Erin Buechler,   ComEd Claims Department,
                3 Lincoln Center, 4th Floor,   Oakbrook Terrace, IL 60181-4204
26358331      +EDI: IRS.COM Mar 01 2018 06:13:00      Department of the Treasury,   Internal Revenue Service,
                P.O. Box 7346,   Philadelphia, PA 19101-7346
                                                                                              TOTAL: 4

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2018                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 28, 2018 at the address(es) listed below:
              Aaron Davis    on behalf of Interested Party    Vertical Bridge Real Estate, LLC
               aaron.davis@bryancave.com,
               CHDocketing@bryancave.com;kat.denk@bryancave.com;kathryn.farris@bryancave.com
              Ariel Weissberg    on behalf of Debtor 1    111 Busse Partners, LLC ariel@weissberglaw.com,
               Hava@weissberglaw.com;sarah@weissberglaw.com;victor@weissberglaw.com;rakesh@weissberglaw.com;dev@
               weissberglaw.com;weissberg401@gmail.com;hava@ecf.courtdrive.com
              Edmond M Burke    on behalf of Creditor    Lakeside Bank eburke@chuhak.com, mvasquez@chuhak.com
              Erin M Buechler    on behalf of Creditor    Commonwealth Edison Company erin.buechler@comed.com
              Kara Allen    on behalf of Creditor    Lakeside Bank kallen@chuhak.com, mdominguez@chuhak.com
```

```
District/off: 0752-1           User: cward1                 Page 2 of 2                   Date Rcvd: Feb 28, 2018
                               Form ID: ntcdsm              Total Noticed: 26
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Karen J Porter    on behalf of Debtor 1    111 Busse Partners, LLC porterlawnetwork@gmail.com,
               laz0705@comcast.net
              Miriam R. Stein    on behalf of Creditor    Lakeside Bank mstein@chuhak.com,
               dgeorge@chuhak.com;vjefferson@chuhak.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Scott B. Kitei    on behalf of Creditor    BC29, LLC skitei@honigman.com,   litdocket@honigman.com
              Terence G Tiu    on behalf of Creditor    Lakeside Bank ttiu@chuhak.com,   mdominguez@chuhak.com
              Trinitee G. Green    on behalf of Interested Party    Vertical Bridge Real Estate, LLC
               trinitee.green@bryancave.com,   CHDocketing@bryancave.com;carol.duracka@bryancave.com
                                                                                             TOTAL: 11
```